UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

| | |
|---|---|
| KEVIN POUND, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>STEREOTAXIS, INC., MICHAEL P. KAMINSKI, and DANIEL J. JOHNSTON,<br><br>　　　　　　　Defendants. | Case No. 4:11-cv-01752-HEA<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION TO APPOINT LOCAL 522 PENSION FUND AS LEAD PLAINTIFF AND TO APPROVE SELECTION OF COUNSEL** |

Having considered the Motion to Appoint Local 522 Pension Fund as Lead Plaintiff and to Approve Selection of Counsel and the Memorandum of Law in support thereof (the "Motion"), and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.　　The Motion is GRANTED;

2.　　The Court, having considered the provisions of section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), hereby determines that Local 522 Pension Fund is the "most adequate plaintiff" and satisfies the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. section 78u-4(a)(3)(B);

3.　　Local 522 Pension Fund is hereby appointed Lead Plaintiff for the Class in the above-captioned action; and

4.　　Lead Plaintiff's selection of lead and liaison counsel for the class is approved. The law firms of Robbins Umeda LLP and Robbins Geller Rudman & Dowd LLP are appointed Co-Lead Counsel for Lead Plaintiff and the Class under section 21D(a)(3)(B)(v) of the Exchange Act, 15 U.S.

- 2 -

section 78u-4(a)(3)(B)(v). The law firm of Carey, Danis & Lowe is appointed Liaison Counsel.

IT IS SO ORDERED.

DATED: 2-28-11

HONORABLE HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

681332